[No. 30538-7-I.    Division One.    February 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE ORTIZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-05699-1, Patricia H. Aitken, J., entered March 26, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 33160-4-I.    Division One.    February 14, 1994.]

JANET KNEDLIK, *Respondent*, v. WILL KNEDLIK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-3-04362-4, Warren Chan, J., entered August 12, 1992. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Baker, J.

[No. 30736-3-I.    Division One.    February 14, 1994.]

*In the Matter of the Marriage of* IVY NUNEZ SIGMON, *Appellant, and* DAVID L. SIGMON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 83-3-03750-0, Michael J. Fox, J., entered March 10, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 29766-0-I.    Division One.    February 14, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HALFRED T. CATER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-03879-6, Arthur E. Piehler, J., entered November 18, 1991. *Affirmed in part* and *vacated in part* by unpublished per curiam opinion.